1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN FRANK HARLOW,                    No.  2:17-cv-00922 MCE DB P

12              Petitioner,

13         v.                                 ORDER

14    THE PEOPLE OF THE STATE OF
      CALIFORNIA,
15
                Respondent.
16

17

18         Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

19    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

20    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On April 13, 2021, the magistrate judge filed findings and recommendations which were

22    served on all parties and which contained notice to all parties that any objections to the findings

23    and recommendations were to be filed within thirty days.  (ECF No. 14.)  Neither party has filed

24    objections to the findings and recommendations.

25         The Court presumes that any findings of fact are correct. *See Orand v. United States*,

26    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

27    de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

28    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1.   The findings and recommendations filed April 13, 2021 (ECF No. 14) are ADOPTED;

5         2.   Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED;

6         3.   The Clerk of Court is directed to close this case; and

7         4.   The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

8              2253 for the reasons set forth in the findings and recommendations.

9         IT IS SO ORDERED.

10

11   Dated:  August 25, 2021

12

13   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28